NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1065

HIGHMARK, INC.,

Plaintiff-Appellee,

v.

ALLCARE HEALTH MANAGEMENT SYSTEMS, INC.,

Defendant-Appellant.

Cynthia E. Kernick, Reed Smith LLP, of Pittsburgh, Pennsylvania, argued for plaintiff-appellee. With her on the brief were James C. Martin, Kevin S. Katona, and Richard T. Ting.

Steven G. Hill, Hill, Kertscher & Wharton, LLP, of Atlanta, Georgia, argued for defendant-appellant. With him on the brief was Joseph F. Cleveland, Jr., Brackett & Ellis, P.C., of Fort Worth, Texas.

Appealed from: United States District Court for the Northern District of Texas

Judge Terry Means

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1065

HIGHMARK, INC.,

Plaintiff-Appellee,

v.

ALLCARE HEALTH MANAGEMENT SYSTEMS, INC.,

Defendant-Appellant.

# Judgment

ON APPEAL from the    United States District Court for the Northern District of Texas

in CASE NO(S).    4:03-CV-1384

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, NEWMAN, and DYK, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED July 13, 2009            /s/ Jan Horbaly
                               Jan Horbaly, Clerk